IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEMIEN DESANDIES**,

*Plaintiff,*

v.

**ENCORE GROUP (USA), LLC,**

*Defendant.*

**Case No. 2:24-cv-01044-JDW**

### ORDER

**AND NOW**, this 19th day of April, 2024, upon review of my Order dated April 8, 2024 (ECF No. 13) and Defendant Encore Group (USA), LLC's Response To Order To Show Cause (ECF No. 14), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 11(c)(1) and 11(c)(3), **SANCTIONS** are warranted;

2. Pursuant to Fed R. Civ. P. 11(c)(4), all affirmative defenses in the Defendant's Answer And Affirmative Defenses (ECF No. 6) are **STRICKEN WITHOUT PREJUDICE**; and

3. If Encore Group intends to file an amended Answer to assert affirmative defenses, it must file an appropriate Motion seeking leave to do so and limit the affirmative defenses to those for which it has a good faith factual basis.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.